IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-10084 |
| ) | |
| **MELVIN CHANCEY,** ) | |
| ) | |
| **Defendant.** ) | |

## RULE 35 MOTION

Now comes the United States of America by Rodger A. Heaton, United States Attorney, and K. Tate Chambers, Assistant United States Attorney, for the Central District of Illinois, and pursuant to Federal Rule of Criminal Procedure 35 hereby moves to reduce defendant's sentence in the above-styled case.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


s/K. Tate Chambers
K. TATE CHAMBERS
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602
Telephone:  (309) 671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2007, I electronically filed the foregoing Rule 35 Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the below-named party. Service has also been made on the party listed below by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

**Peter J Wilkes**
Suite 104
7060 Centennial Dr
Tinley Park, IL 60477

                                                                    s/: Kim Ritthaler
                                                                    Legal Assistant